# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158304(74)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TIM EDWARD BRUGGER, II,
            Plaintiff-Appellee,

v                                                        SC: 158304
                                                         COA: 337394
                                                         Midland CC: 15-002403-NO
MIDLAND COUNTY BOARD OF ROAD
COMMISSIONERS,
            Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of Scott Crouch to file a brief amicus curiae is GRANTED. The amicus brief submitted on October 5, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2020

                                                  Clerk